UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM L. MORRIS, as personal representative of the estate of Ruth Anne Morris

      Plaintiff,

v.                                        Case No:   2:17-cv-224-FtM-99CM

LYNDA M. BAILO,

      Defendant.
_____/

**NOTICE**[1]

    Before the Court is the parties' Case Management Report (Doc. 22), in which they state that they consent to proceed before United States Magistrate Judge Carol Mirando. To do so properly, the parties must now file the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form found the Court's website.[2]  The decision to consent is entirely the parties' decision, and any party may withhold consent without adverse consequences. And the parties may consent at any point during litigation.

    **DONE** and **NOTICED** in Fort Myers, Florida this 25th day of July, 2017.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.
[2] If the parties wish to have a date certain for trial, consenting to Judge Mirando is prudent because she is generally able to schedule early and firm trial dates in accordance with the parties' needs.  Otherwise, this case will remain on the May 2018 trial term for the parties to proceed to trial within twenty-four hours' notice.